# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE

WILLIAM CRUZ ANTEQUERA

CASE NUMBER: 09-09723 MCF
CHAPTER 13

Debtor

## TRUSTEE'S POSITION ON DEBTOR'S MOTION TO OBTAIN POST PETITION SECURED CREDIT AND MOTION FOR LEAVE FROM ATTENDANCE AT HEARING

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully, **ALLEGES, STATES** and **PRAYS:**

1. In the instant case Debtor filed a motion to obtain post petition secured credit to purchase a motor vehicle, dkt. #26. The Trustee has no opposition thereto.

2. The hearing on confirmation has been rescheduled to May 11, 2010 at 9:30AM. Trustee submits that confirmation is contingent on the outcome of adversary proceeding 10-00044 which is Debtor's complaint as to the priority or extent of lien or other interest in property.

3. In adversary proceeding10-00044 amended summons were issued on April 6, 2010. The record does not reflect if indeed defendants have been served.

4. In adversary proceeding 10-00044 a pretrial scheduling conference has also been scheduled for May 11, 2010. Although the undersigned Trustee is accumulated in the adversary proceeding as a defendant, it is done so in our official capacity and no factual averment or prayer is addressed against us. The Trustee has no active role to play in the mentioned adversary proceeding.

**WHEREFORE,** it is respectfully requested from this Honorable Court to note our position as to Debtor's request regarding the post petition loan request and excuse us from appearing at the May 11, 2010 pretrial scheduling and confirmation hearings.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s) and parties in interest that have filed notices of appearance included in the service list attached to the original hereof.

**RESPECTFULLY SUBMITTED** at San Juan Puerto Rico this May 3, 2010.

s/ Alejandro Oliveras Rivera
**Alejandro Oliveras Rivera**
USDC 131006
**STANDING CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Phone: 977-3500    Fax: 977-3521

T

| 09-09723-MCF | CERTIFICATE OF MAILING |

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

LUBE AND SOTO LAW OFFICES*
1130 AVE F D ROOSEVELT
SAN JUAN, PR 00920 -2906

MARTINEZ & TORRES LAW OFFICES, PSC
VANESSA M TORRES QUINONES USDC PR 217401
PO BOX 192938
SAN JUAN, PR 00919 -1183

P.R. DEPARTMENT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902 -0192

INTERNAL REVENUE SERVICES
PO BOX 21126
PHILADELPHIA, PA 19114 -0326

BANCO POPULAR DE PR
MARTINEZ & TORRES LAW OFFICES
PO BOX 192938
SAN JUAN, PR 00919 -2938

WILLIAM CRUZ ANTEQUERA
PO BOX 7315
MAYAGUEZ, PR 00681-7315

DATED: May 03, 2010

S/Diana Arroyo
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1  - CASE  09-09723-MCF